No. 18,766.

M. R. DOTY et al., *Appellants*, v. D. S. SHEPARD et al., *Appellees*.

OPINION DENYING A REHEARING.

Appeal from Shawnee district court, division No. 1; ALSTON W. DANA, judge. Opinion denying a rehearing and denying a modification of directions to trial court filed July 16, 1914. Original opinion of affirmance in part and reversal in part adhered to. (For original opinion see *ante*, p. 122, 139 Pac. 1183.)

*Edwin A. Austin*, of Topeka, and *J. T. Pringle*, of Burlingame, for the appellants.

*Joseph G. Waters*, *John C. Waters*, both of Topeka, and *J. H. Stavely*, of Lyndon, for the appellees.

The opinion of the court was delivered by

WEST, J.: We have carefully examined the defendants' petition for rehearing and have reëxamined the report of the referee and the former opinion herein, and the petition is denied.

The plaintiffs moved to set aside the directions to the trial court to determine the rights of Nellie P. Shepard in the Tabor property, one reason suggested being that the referee's 13th finding was that during all the years after the purchase of the Tabor property H. D. Shepard and wife remained in possession thereof and collected

66—92 KAN.

rents from the same. In the former opinion (*ante*, p. 122, 139 Pac. 1183) it was said:

"We find nothing wrong with the referee's findings of fact, which were approved by the trial court, but it should also be ascertained and found what the rights of Nellie P. Shepard are in the Tabor property. When this is done, and the result added to the findings already made, the rights of the parties can easily be determined." (p. 128.)

We have examined the motion and the brief in opposition thereto and conclude that the language of the former opinion will remain unchanged. Nothing herein, however, is to be deemed indicative in any way of our views of the rights of Nellie P. Shepard in the Tabor property arising out of her claim under the statute of limitations.